UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO MARTINEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>NDEX WEST, LLC; AMERICAS SERVICING COMPANY; DEUTSCHE BAN NATIONAL TRUST COMPANY, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2006-3; FREMONT INVESTMENT AND LOAN; and DOES 1 - 10, inclusive,<br><br>  Defendants. | Case No.: CV08-07348 R (AJWx)<br>Hon. Manuel L. Real<br>Courtroom 8 – Spring Street<br><br>[~~PROPOSED~~] JUDGMENT<br><br><br>Complaint filed: October 1, 2008 |

The motion of Defendants WELLS FARGO BANK, N.A. dba America's Servicing Company (erroneously sued America's Servicing Company) and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Fremont Home Loan Trust 2006-3 ("Defendants") to dismiss the first amended complaint of Plaintiff Lino Martinez pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted came on regularly for hearing on March 23, 2009 at 10:00 a.m. before the Honorable Manuel L. Real. Jarlath M. Curran, II of the Law Firm of Severson & Werson appeared on behalf of

Defendants. There were no appearances by or on behalf of Plaintiff. All other appearances are noted on the record.

After considering the moving papers as well as all opposition papers, if any, and good cause appearing, the Court rules as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants' motion to dismiss is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs' first amended complaint is dismissed with prejudice as to Wells Fargo Bank, N.A. dba America's Servicing Company (erroneously sued as America's Servicing Company) and Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-3. Plaintiff is to recover nothing from Defendants.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that MW Roth PLC and or Mitchell Roth, jointly and severally, shall reimburse Plaintiffs any monies paid to file or pursue this lawsuit.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that MW Roth PLC and or Mitchell Roth, jointly and severally, shall pay Defendants the sum of $4,049.20, which constitutes all attorney's fees and costs incurred by Defendants in defending this action.

DATED: May 29, 2009

HONORABLE MANUEL L. REAL

07685/0225/730728.1

[Proposed] Judgment
Case No. CV08-07348 R (AJWx)