UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| LINO MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NDEX WEST, LLC,; AMERICAS SERVICING COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Fremont Home Loan Trust 2006-3,; FREMONT INVESTMENT AND LOAN; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO: CV08-07348 R (AJWx)<br>Hon. Manuel L. Real<br>Courtroom 8 - Spring Street<br><br>JUDGMENT<br><br>*Complaint filed:*　　October 1, 2008<br>*First Amended*<br>*Complaint Filed:*　　January 15, 2008<br>*Trial Date:*　　　　None Set |

The Court, having entered an Order granting the Motion of Defendant FREMONT REORGANIZING CORPORATION, fka FREMONT INVESTMENT & LOAN ("Fremont") to Dismiss the First Amended Complaint of Plaintiff Lino Martinez ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted on March 27, 2009, and good cause appearing therefor, enters judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' motion

1  to dismiss is granted without leave to amend.

2  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs' first
3  amended complaint is dismissed with prejudice as to FREMONT REORGANIZING
4  CORPORATION, fka FREMONT INVESTMENT & LOAN ("Fremont").  Plaintiff is to recover
5  nothing from Defendants.

6  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's counsel,
7  MW Roth PLC and/or Mitchell Roth, jointly and severally shall reimburse Plaintiff any monies
8  he paid to file or pursue this lawsuit.

9  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that MW Roth PLC
10 and/or Mitchell Roth, jointly and severally, shall pay Defendants the sum of seven-thousand-six-
11 hundred-forty dollars ($7,640.00), which constitutes all attorney's fees and costs incurred by
12 Defendants in defending this action.

15 Dated: __June 8, 2009__         _____
                                    Hon. Manuel L. Real
16                                  United States District Court Judge

C:\Temp\notesFFF692\Fremont - Proposed Judgment.wpd

2

**[PROPOSED] JUDGMENT**